

**Loudoun County Public Schools**
**Department of Human Resources and Talent Development**
**21000 Education Court**
**Ashburn, VA 20148**
**(571) 252-1100/ (888) 204-1622 (Toll Free)**
**www.lcps.org**

March 17, 2023

**Via Email** (jkramer@westlakelegal.com)
**and Google Drive** (https://drive.google.com/drive/folders/0AJRoGWATj9t_Uk9PVA)

Jaqueline A. Kramer, Esq.
Westlake Legal Group at Cascades
Potomac Falls Professional Center
46175 Westlake Drive #320
Potomac Falls, VA 20165

      Re:    Brian Day: Request for Hearing

Dear Ms. Kramer:

Please accept this correspondence in response to your March 8, 2023 communication, written on behalf of your client, Mr. Brian Day, concerning the above-referenced request for hearing and accompanying request for "the opportunity to inspect and copy [Mr. Day's] complete personnel file and all other documents relied upon by [Loudoun County Public Schools ("LCPS" or "the School Division")] in reaching the decision to recommend Mr. Day's dismissal."

To confirm, the School Division confirms receipt of your request for hearing and is working to set a date as appropriate. Our office will be reaching out to you early next week concerning your and Mr. Day's availability.

As for Mr. Day's request for an opportunity to inspect his personnel file, as stated in my email earlier today, please advise of as to his availability to do so next week and I will arrange for a time for him to do so. In the meantime, I have been advised that the Department of Human Resources and Talent Development had, as a matter of course, retrieved a copy of his personnel file for download and review. As such, a requested copy of Mr. Day's personnel file is included in the documents being provided via a Google Drive link, which can be accessed at https://drive.google.com/drive/folders/0AJRoGWATj9t_Uk9PVA. You should receive an invitation to access the file containing these documents via email. The personnel file is bookmarked for identification and comprises the documents Bates labeled LCPS000001 through LCPS000143.

The remaining documents you have requested, i.e., "all other documents relied upon by LCPS in reaching the decision to recommend Mr. Day's dismissal", include the investigation and are included in the documents provided via the same Google Drive link (referenced above).

Day 000031

These documents comprise those Bates labeled LCPS000144 through LCPS000167. Upon review, you should find that these documents address the concerns you raised in your letter of March 17, 2023.

Thank you for your time and patience. Should you have any questions after reviewing this information or wish to discuss this matter further, please feel free to contact me.

Kind regards,

Kristi L. Johnson

cc:    Lisa M. Boland (via email)

Day 000032

CONFIDENTIAL

*This document, including all attachments, is prepared under the direction of the Division Counsel for use in an active and confidential administrative investigation and as a working paper for the use of the Division Superintendent and his designees. The subject matter herein may involve confidential educational information, personnel matters, health and medical information, and/or criminal investigation information. This document may be confidential as attorney work product or under the attorney-client privilege. This material may not be disclosed outside of this Office except as authorized by the Chief Human Resources Officer, and is exempt from mandatory disclosure under the Virginia Freedom of Information Act under Va. Code §§ 2.2-3705.1(1) (2) and (3); 2.2-3705.3(3) and (5); and 2.2-3.705.7(2).*



Loudoun County Public School
Department of Human Resources and Talent Development
21000 Education Court
Ashburn, VA 20148
Telephone: 571-252-1100/888-204-1622 (Toll Free)
Web site: www.lcps.org

July 26, 2022

| | |
|---|---|
| Memo To: | Mrs. Lisa Boland<br>Chief Human Resources Officer |
| Through: | Mrs. Lisa Gray<br>Director, Human Resources and Talent Development |
| Through: | Mrs. Alix Smith<br>Supervisor, Human Resources and Talent Development |
| From: | Ms. Angel Wiley<br>Coordinator, Department of Human Resources and Talent Development |
| Subject: | Investigative Report of Brian Day (PID 194035)<br>Physical Education Teacher and Football Coach, Independence High School |

## ALLEGATIONS

On Thursday, March 31, 2022, Mr. John Gabriel ("Gabriel"), Principal, Independence High School, notified Ms. Angel Wiley ("Wiley"), HRTD Coordinator in the Department of Human Resources and Talent Development ("HRTD"), that two students, K▇▇▇ R▇▇ ("K▇▇▇") and G▇▇ L▇▇ ("G▇▇▇") reported concerns regarding one of his staff members. Specifically, Gabriel said K▇▇▇ and G▇▇ stated that Mr. Brian Day ("Day"), Physical Education Teacher, made inappropriate comments to them over a period of two years. Specifically, K▇▇ stated that Day made comments such as, the only reason she would go to college is to "fuck around with all the D1 football athletes", "I'm always on my knees", and inferred that she was a slut and whore (Attachment A). G▇▇ stated that Day made comments such as guys only use her for her body, she only belongs in the kitchen, she doesn't have the right to feel depressed or suicidal because she has never been through anything bad, made accusations that she had sex with the entire football team, and inferred that she was a slut and a whore (Attachment B).

As a result of the concerns, Mrs. Jaclyn Smith ("Smith"), Assistant Principal at Independence, completed two Child Protective Services (CPS) referrals on Thursday, March 31, 2022 (Attachment C). Later that same day, CPS notified Gabriel that they would investigate the incidents and they assigned a CPS caseworker (Attachment D).

LCPS000144
Day 000176

CONFIDENTIAL

Day mutually agreed to be on administrative leave with pay effective Thursday, March 31, 2022, pending the outcome of the HRTD investigation.

As of July 26, 2022, CPS had not made any determination in their case regarding Day. On July 11, 2022, Wiley reached out to CPS to inquire about the CPS disposition in Day's case. CPS responded to Wiley that the case worker assigned was no longer employed with CPS. On July 14, 2022, CPS notified Wiley that a new CPS case worker was assigned as of July 14, 2022 (Attachment E).

It is to be noted that if CPS were to find that Day did or did not commit a violation to be found or unfounded by CPS, it would not impact LCPS' HRTD recommendation, as it is substantiated that Day participated in behaviors that do not align with the mission and policies of LCPS standards.

**EXECUTIVE SUMMARY:**
Wiley began an investigation into the allegations against Day on April 5, 2022. The investigation included interviews with K█████ and G█████, four staff members, and Day. Wiley attempted to schedule an interview with Day for Thursday, May 5, 2022, with Wiley and CPS. It is to be noted that Day refused to meet with HRTD in conjunction with CPS. Thus, a subsequent meeting with only HRTD was set for Tuesday, May 17, 2022. The evidence gathered during the investigation supports that Day engaged in unprofessional conduct by making inappropriate statements that were sexual in nature to K█████ and G█████, in violation of School Board Policy 7014 (Environments Free From Harassment, Discrimination, and Abuse) and School Board Policy 7560 (Professional Conduct). Specifically:

- K█████ alleged that Day made the following statements: "The only reason you want to go to Ohio State is because you want to fuck all of the D1 players." "You are looking kinda whorey today." K█████ also alleged that Day told her that he would buy her gifts from Toys-R-Us because she was going to get pregnant in high school. K█████ stated that Day made the statements during private conversations. Day did not outright deny making any of the alleged statements; rather he said he "did not recall" making them.
- G█████ alleged that Day made the following statements: "[She] would never get a boyfriend because [she's] been around" and "boys will only use you for your body." She stated that Day stated that she "had fucked with the whole football team." G█████ stated that Day made the statements during private conversations. Day stated that he "Never" made the comment that someone would have "fucked with the whole football team." However, Day did not outright deny making any of the remaining alleged statements that G█████ said that he made; rather he said he "did not recall" making them.
- K█████ and G█████ also alleged that Day stated, "Of course you are holy, you love being on your knees." Day did not outright deny making any of these alleged statements; rather he said he "did not recall" making them.
- K█████ and G█████ also alleged that Day insinuated that they were going to be swingers and that they both dressed slutty. Day stated that he did recall students wearing pineapple shorts and he did know that pineapples were a symbol for swingers, but he stated that he did not recall a specific conversation with students about pineapple shorts or swingers.
- An adult witness reported that K█████ and G█████ had expressed concerns regarding Day making inappropriate statements to them. The witness stated that he had conversations with Day regarding his comments to students and the perception of others.

LCPS000145
Day 000177

CONFIDENTIAL

The evidence gathered during the investigation supports that Day engaged in unprofessional conduct by making inappropriate statements that were culturally insensitive and sexist in nature, in violation of School Board Policy 7014 and School Board Policy 7560. Specifically:

- K█████ and G█████ alleged that Day stated that a Middle Eastern student would only be married through an arranged marriage. One adult witness stated they overheard Day make the comment to the student. Day did not outright deny making this comment and instead said he did not recall making it.
- K█████ alleged that Day stated that women belonged in the kitchen. Day did not outright deny making this comment and instead said stated that he did not recall making it.
- Three adult witnesses stated that they overheard Day make comments that were culturally insensitive and/or sexist.
- Wiley asked Day if he ever made any culturally insensitive comments and he denied doing so.

The evidence gathered during the investigation supports that Day engaged in unprofessional conduct by using sarcasm and using foul language, in violation of School Board Policy 7560. Specifically:

- K█████ and G████ alleged that Day used foul language. Specifically, on one occasion, K█████ alleged that Day told her that she needed to "know when to shut the fuck up." G████ stated that Day told her that her work was "shitty."
- Three adult witnesses stated that Day's sarcasm could be perceived as inappropriate.
- Day did not deny using inappropriate language, including the comments alleged by K█████ and G████; rather, he stated that he "did not recall" any use of inappropriate language.

As a result of the investigation findings, it is recommended that Day's employment with LCPS be terminated.

## RELEVANT BACKGROUND INFORMATION

Day was the subject of a 2021 CPS investigation in response to a student's allegations of unwanted touching and inappropriate comments and jokes that were sexist in nature. The CPS investigation was unfounded. However, the Independence High School administration and HRTD determined that Day should be issued a Memorandum of Expectation regarding the allegations, as Independence High School administration found that Day touched a female student's shoulder, which made her feel uncomfortable, and there was credible information supporting that Day made inappropriate comments and jokes to students that were sexist in nature. The memo stated that Day acknowledged that he touched the female student's shoulder, and that he did not recall making any inappropriate comments, but that he did joke with students (Attachment E). In the memorandum, Gabriel cautioned Day, "Please be advised how comments might be perceived and in turn how they can compromise your ability to build rapport with students; they are offensive to students and colleagues and have no place in the classroom or workplace." The memorandum was received and signed by Day on June 2, 2021.

## POLICY IMPLICATIONS

The Loudoun County School Board has policies related to harassment and discrimination and professional conduct:

- School Board Policy 7014 – Environments Free from Harassment, Discrimination, and Abuse
- School Board Policy 7560 – Professional Conduct

Page 3 of 10

LCPS000146
Day 000178

CONFIDENTIAL

## INTERVIEWS

Wiley conducted interviews with:

**Subject**: K████ R████, 17-year-old female student, Independence High School
**Others Present**: Julianne R████, K████'s mother, Laura Northart, K████'s counselor, and Brenda DeHaas, CPS case worker
**Date/Location**: Tuesday, April 5, 2022, at Independence High School

**Subject**: G████ L████, 17-year-old female student, Independence High School
**Others Present**: Kathleen L████, G████'s mother, Laura Northart, G████'s counselor, and Brenda DeHaas, CPS case worker
**Date/Location**: Tuesday, April 5, 2022, at Independence High School

**Subject**: RJ Windows – Teacher and Head Football Coach, Independence High School
**Date/Location**: Thursday, May 5, 2022, via phone call

**Subject**: Carnadi Ford – Substitute and Assistant Football Coach, Independence High School
**Date/Location**: Wednesday, July 13, 2022, via phone call

**Subject**: Patrick Nufable – Assistant Football Coach, Independence High School
**Date/Location**: Wednesday, July 13, 2022, via phone call

**Subject**: Brian Elliot – Safety and Security Officer, Independence High School
**Date/Location**: Thursday, July 14, 2022, via phone call

**Subject**: Brian Day, Teacher and Football Coach, Independence High School
**Others Present**: Jacqueline Kramer, Attorney
**Date/Location**: Tuesday, May 17, 2022, at the LCPS Administration Office
Follow-up interview via Google Meet – Tuesday, July 25, 2022

## INVESTIGATION FINDINGS

### Allegation of Inappropriate Sexual and Disparaging Comments

K████ explained that she was the football team manager for the past three school years. K████ shared that she and G████ manage the varsity team, and they oversee the football managers for the JV and Freshman teams. K████ stated that Mr. RJ Windows ("Windows") is the head varsity football coach and supervises the team managers; however, the managers work independently with other football coaches as well. K████ further explained that she met Day during the 2020 – 2021 school year. She shared that as the school year was adjusted during the COVID-19 pandemic, they did not start the football season until January, and they were mostly virtual, but she interacted with Day a few times daily. K████ shared that she interacted with Day when students began reporting in person more frequently. K████ stated that about one month to one and a half months into her knowing Day, her interactions with Day became uncomfortable. K████ explained that the majority of the conversations happened privately on the football field.. Specifically, K████ stated that Day told her privately, "The only reason you want to go to Ohio State is because you want to fuck all of the D1 players." K████ shared that Day privately commented that he was going to buy her a baby shower gift from Toys-R-Us. K████ clarified that Day was insinuating that she was going to get pregnant in high school. K████ stated that Day would often tell her that her outfits were slutty. She shared that Day once told her, "Oh, don't wanna bend down, your ass might show." On another

LCPS000147
Day 000179

CONFIDENTIAL

occasion, K████ stated that Day said, "You are looking kinda whorey today." K████ shared that she did not address or acknowledge Day's comments at the time but was bothered by his comments.

In addition, K████ further explained that while most of Day's comments were made when no one else was around, G████ did witness a few statements and had similar experiences with Day. She shared that during a conversation about religion with Day and her friend G████, she told Day that she was catholic and holy. According to K████, Day commented, "Of course, you are holy because you love being on your knees." G████ corroborated that she heard Day comment that K████ loved being on her knees. G████ stated that Day was very suggestive in his tone when he made the comment, and it made her very uncomfortable. Both K████ and G████ stated that they could not recall the specific date that Day made the comment, but it was during the 2021 - 2022 football season. In addition, K████ stated that one day she had on shorts with pineapples on them. According to K████, Day commented that her shorts stood for swingers and that she was going to be a swinger. K████ stated that she had to look up what Day was talking about, and when she realized what swingers were, she was uncomfortable. K████ also shared that Day told both her and G████ that they "would be all over him if he was in high school and he would have rejected them." K████ stated that Day was insinuating that they would be attracted to him. During a separate interview, Wiley interviewed Mr. Carnadi Ford ("Ford"), assistant varsity football coach at Independence High School. Ford shared that he overheard Day's comment to K████, "if he were in school, he wouldn't touch her, but they [K████ and G████] would be all over him."

K████ shared that she told various football players that she was uncomfortable with some of Day's comments, but the players laughed it off and said, "That's Day being Day." She also shared that Day's behavior was previously reported to the school administration, and she was aware that Day's other student reported him for making inappropriate comments and using inappropriate language. She shared that other students were knowledgeable of Day's behavior, but students had simply accepted Day's unprofessionalism. K████ shared that she was apprehensive about reporting Day's behavior, as she did not want her complaint to impact her ability to manage the football team, and she did not want her relationships with the team and coaches to be impacted. K████ stated that she trusted her instincts and reported Day's behavior to Ford and Windows. According to K████, Ford instructed her to speak with Windows, and Windows listened to her and then directed her to the counseling department and the school administration.

G████ explained that she manages three sports, football, wrestling, and lacrosse. She stated that she loves working with the teams and players. She expressed that she works with most football coaches, and most coaches have been respectful and like family. G████ stated that she has been managing football for the past three school years. G████ stated that she met Day during her sophomore year, during the 2020-2021 school year. G████ stated that Day began making weird comments, but she just brushed it off because the football players would say, "Oh, that's just Day being Day." G████ stated that she started realizing that Day's comments were not appropriate as she and K████ began talking about some of Day's comments. Specifically, G████ shared that Day made comments to K████ and herself about them having sex with the whole football team. G████ stated that she was not sure why Day would make comments like that about her and K████. G████ stated that Day told her that she would never get a boyfriend because "she's been around" and that boys would only use her for her body. G████ shared that Day's statements made her feel uncomfortable, especially because she felt like Day was looking at her body. In addition, G████ shared that Day made her feel that she was a whore. She shared that Day commented that her outfits were inappropriate and skimpy, and she is now self-conscious about her clothing. G████ stated that Day made the comment that if they were in high school together, she would be all over him, and he would reject her. G████ stated that the comment made her feel uncomfortable. In addition, G████ stated that she and K████ had on matching pineapple shorts one day and that Day commented that she and K████ were going to be swingers.

LCPS000148
Day 000180

CONFIDENTIAL

Ford stated that both K█████ and G█████ had confided in him regarding feeling uncomfortable around Day. Ford shared that the two spoke with him on at least two separate occasions since the beginning of the 2021-2022 school year. Ford explained on the last occasion, in May, he suggested that K█████ and G█████ speak with Windows.

Windows supervises Day as he is the physical education department chair and the head football coach; he also supervises the football managers, specifically K█████ and G█████. Windows shared that he had verbal conversations with Day regarding professionalism over the course of Day's tenure at Independence High School. Windows stated that he did not formally document any conversations with Day and did not recall any specific things he discussed with Day or the dates he met with him. Windows shared that the severity of K█████ and G█████'s complaints in May prompted him to have K█████ and G█████ report their concerns to school counseling and the school administration.

Day shared that he had a great relationship with students and athletes. He further explained that he felt that he had a good relationship with K█████ and G█████ as the football managers for the team. Wiley asked Day if he recalled making inappropriate or insensitive comments to female students. Day stated, "Not to my recollection." Wiley asked if it would be characteristic of him to make insensitive comments. Day stated, "Very uncharacteristic." Wiley asked Day if he recalled commenting that a student would "fuck around with all of the D1 athletes." Day stated that he could "not speak to the conversation" and that it was not something that he would say. Wiley asked Day if he recalled commenting that a female student would or had fucked the whole football team. Day stated, "Never." Wiley asked Day if he recalled commenting to a student, "you are always on your knees." Day stated that he did not recollect a conversation of that nature and that he did not make the statement. Wiley asked Day if he ever commented that a student was looking whorey, or insinuated that students looked like whores. Day stated, "That is not something I would say, and I don't have any recollection of it." Wiley asked Day if he ever made comments about the football managers' clothing being too skimpy. Day stated, "I don't recall. It doesn't sound like something I would say." Wiley asked Day if he recalled discussing swingers or pineapple shorts with students. Day stated the pineapple "is a symbol of swingers, but I do not recollect a conversation about the shorts." Day stated that he did recall a student wearing pineapple shorts. Wiley asked Day if he ever stated that if he were in high school, K█████ and G█████ would be all over him, and he would have rejected them. Day stated that he had no recollection of conversations with students or managers where he would have made that comment. Wiley asked Day if he recalled a conversation in which he stated that he would buy a student gifts from Toys-R-Us for a baby shower. Day stated that he did not recall. Wiley asked Day if he recalled stating that guys would use G█████ for her body. Day stated, "I don't recall."

In addition, at the end of the interview, after all the allegations and complaints were discussed, Day shared that, in his opinion, K█████ and G█████ had been disgruntled because he had caught them parking in staff parking spots. According to Day, they told him that they were no longer speaking to him because of the parking situation. Wiley spoke with Mr. Brian Elliot, School Safety and Security Officer, to verify Day's allegation. Elliot stated that Day reported concerns regarding parking in February. Elliot further shared that G█████ had been identified as someone who parked in staff parking; however, no disciplinary action was taken, and G█████ took responsibility for parking in staff parking spaces. Elliot also shared that he did not disclose to G█████ that Day had made the complaint. Day stated that he reported the parking issue in February or March, and he believes that K█████ and G█████ are retaliating against him.

**Allegation of Culturally Insensitive and Sexist Comments.**
K█████ and G█████ shared that Day made culturally insensitive statements. Specifically, K█████ and G█████ shared that Day told her friend, S█████ R█████ ("S█████"), that she (S█████) would only get married through an arranged marriage. K█████ shared that Windows overheard Day's comment and felt

LCPS000149
Day 000181

CONFIDENTIAL

compelled to share her frustrations regarding Day's comments with Windows. Ford stated that he overheard Day make a comment regarding a Muslim student's ability to get married solely through an arranged marriage. Windows also shared that he overheard Day make a comment regarding a student getting married through an arranged marriage but did not know the context of Day's conversation; thus, he did not address Day. Windows stated that once K████ and G████ approached him about the conversation, he realized the severity of Day's comments.

In addition, K████ shared that Day told her that the only place women belonged was in the kitchen. Ford also stated that he overheard Day make that comment to an unknown student in the hallway. He shared that Day told the student that she was going to end up pregnant and in the kitchen.

Windows reported that Day made culturally insensitive statements to a coaching staff member, Mr. Patrick Nufable ("Nufable"), in an attempt to be humorous. Windows stated that Day said things such as, "Is your culture one that does x, y, or z." Windows stated that he could not recall any specifics, but Day's comments were sometimes borderline. Nufable stated that he is of Pilipino decent, and he and Day had talked about his culture, but he never perceived the comments as insensitive, racist, or disrespectful. Nufable stated that he could not think of a specific example of the content of the cultural conversations.

Wiley asked Day if he made culturally insensitive comments to students or staff. Day stated, "No, not to my knowledge." Wiley asked Day if he recalled a conversation with students regarding a student having an arranged marriage. Day stated, "No, I do not recall the conversation at all." Wiley asked Day if he commented that women only belong in the kitchen or doing housework. Day stated, "I have no reference to that statement."

**Allegation of Unprofessional Conduct and Profanity**
K████ reported that Day often uses foul language in front of students and staff members. According to K████, Day has "no filter" when talking to others, and his foul language is typical behavior for him. K████ shared that Day told her that she "Needed to know when to shut the fuck up." G████ also stated that Day uses foul language and told her that her work was "shitty" when she put decals on the football team's helmets.

Windows stated that Day's social skills are "questionable." He further explained that Day is sarcastic and tries to be funny, but people feel that his appropriateness is borderline. Windows said he had not witnessed Days engaging in inappropriate behavior with students.

Ford shared that he had repeatedly witnessed Day's unprofessionalism with female students. Ford specified that he told Day to be mindful of how he addressed young ladies and that he needed to be careful about what he said to others. Ford did not recall the specific subjects he discussed with Day or the dates of the conversations. In addition, Ford shared that he was a substitute teacher for Day at the end of the 2021-2022 school year, and he overheard students make comments that Day made them feel uncomfortable. Ford stated that he did not know the students' names and did not know specifically what made them feel uncomfortable.

Nufable stated that he did not feel that Day had been unprofessional. He stated that he did hear rumors about some unprofessional conduct, such as bad jokes, but he had never personally experienced anything. Later, Nufable stated that some of Day's conversations could quickly go "left," but he had never been a part of those conversations. When asked what going "left" meant, Nufable clarified that he could see Day's conversations turn to something inappropriate or unprofessional, but he could not recall any specific examples.

Page 7 of 10

LCPS000150
Day 000182

CONFIDENTIAL

Wiley asked Day if he had ever used inappropriate language with students. Day stated that he did not recall using inappropriate language "off the top of [his] head" and said it is something "I try very hard not to do." Day stated that he had no knowledge of making the statement "shut the fuck up." Wiley asked Day if anyone had brought any other concerns or issues of this nature to his attention during his tenure at Independence High School. Day said he was accused of making an unprofessional comment to a student, and he was accused of unwanted touching of a student. That specific incident was reported to CPS and determined to be unfounded. Day stated that he vehemently disagreed with the letter that was placed in his file, as his actions were mischaracterized. It is to be noted that Day was referring to a documented incident at Independence High School in May 2021 (Attachment E).

**ATTACHMENTS**
- Attachment A: Student Written statements
- Attachment B: CPS referral
- Attachment C: CPS assignment email
- Attachment D: CPS disposition email
- Attachment E: Memorandum of Expectation – June 2021

**CONCLUSION**

It is more likely than not that Day violated both School Board Policy 7014 (Environments Free from Harassment, Discrimination, and Abuse) and School Board Policy 7560 (Professional Conduct). Policy 7014 (Environments Free from Harassment, Discrimination, and Abuse) states: "Conduct which may constitute harassment or discrimination may include but are not limited to the following if based on gender, race, national origin…name-calling or jokes, physical or verbal conduct when the conduct creates an intimidating, hostile, or offensive working or educational environment." In addition, Policy 7560 clearly states: "Employees are expected to conduct themselves professionally, to treat all individuals with dignity, respect, and to demonstrate a commitment to an inclusive, safe and supportive work and educational environment." Policy 7560 also states: Employees are expected to establish and maintain appropriate physical, social and emotional boundaries with students. All forms of contact and communication with students must be transparent, accessible to supervisors and parents, nonsexual, unambiguous in meaning, and professional in reference and content."

**Allegation of Inappropriate Sexual and Disparaging Comments**

Based on both the student reports, one adult witness's report, and Day's responses, it is more likely than not that Day violated School Board Policies 7014 (Environments Free from Harassment, Discrimination, and Abuse) and 7560 (Professional Conduct) by making derogatory statements to students that were sexual in nature. Students reported that they felt uncomfortable at times, students were emotionally impacted, and Day's comments were sexual in nature. Specifically, K█████ and G████ alleged that Day made references to their sexual activity, made comments about their attire looking "slutty", and made comments such as:
- "[G████] fucked with the whole football team."
- "The only reason you want to go to Ohio State is because you want to fuck all of the D1 players.";
- "Of course, you are holy because you love being on your knees.";
- "Oh, don't wanna bend down; your ass might show.";  and.
- "You are looking kinda whorey today."

Wiley asked Day if he recalled making inappropriate comments to female students; Day stated, "Not to my recollection." When Wiley asked Day specifically if he made the comment that G████ had "fucked with the whole football team," Day stated that he "Never" made the comment. Still, when Wiley asked Day

Page 8 of 10

LCPS000151
Day 000183

CONFIDENTIAL

specifically about the remaining comments, he replied, "Not to my recollection," "I don't recall," or "I don't remember."

In addition, K▆▆▆ and G▆▆▆ alleged that Day commented that their pineapple shorts stood for swingers and that the two girls would be swingers. Day stated that he did not recall discussing swingers or pineapple shorts with students but did recall a student wearing pineapple shorts and told Wiley that the pineapple "is a symbol of swingers." As such, it is reasonable to believe that Day made the comment as he recalled a student wearing pineapple shorts and immediately responded that he knew the reference to Wiley's question. K▆▆▆ and G▆▆▆ also stated that Day told them they "would be all over him if he was in high school, and he would have rejected them." Ford corroborated that he overheard Day's comment. Ford also stated that K▆▆▆ and G▆▆▆ had confided in him regarding feeling uncomfortable around Day. Ford shared that the two spoke with him on at least two separate occasions since the beginning of the 2021-2022 school year. Day stated that he did not recollect any conversation with students or the football managers where he stated that girls "would be all over him if he was in high school and he would have rejected them."

It is reasonable to conclude that Day's testimony is not credible as Day responded with "I don't recall." Or "I don't remember" when asked about the offensive statements. Wiley had to ask Day if the statements were uncharacteristic or if the comments were something he may have said and he simply did not remember. It is reasonable to expect a response of "No" or "Yes" when asked such outrageous and objectionably offensive questions. In addition, regarding Day's credibility, he outright denied making a culturally insensitive and a sexist statement, however, two adult witnesses confirmed that Day made the culturally insensitive and sexist comments.

### *Allegation of Culturally Insensitive and Sexist Comments*

Based on both the student reports, three adult witness reports, and Day's responses, it is more likely than not that Day violated School Board Policies 7014 (Environments Free from Harassment, Discrimination, and Abuse) and 7560 (Professional Conduct) by making derogatory statements to students that were culturally insensitive or sexist in nature. Students and staff reported that Day made culturally insensitive and/or sexist statements. Specifically, K▆▆▆, G▆▆▆, Windows, and Ford overheard Day say that a middle eastern student would only be married through an arranged marriage. Day stated, "I do not recall the conversation at all." K▆▆▆ reported that Day told her that the only place women belonged was in the kitchen. Ford stated that he overheard Day tell a separate student that they would end up pregnant and in the kitchen. Day stated, "I have no reference to that statement." In addition, Windows stated that Day had made culturally insensitive statements to a member of the coaching staff, Mr. Patrick Nufable ("Nufable"), in an attempt to be humorous, such as "Is your culture one that does x, y, or z." Nufable stated that he is of Pilipino decent, and he and Day had talked about his culture, but he never perceived the comments as insensitive, racist, or disrespectful. Day stated that he did not recall any conversations Wiley asked him about.

Additionally, Wiley asked Day if he made any potentially culturally insensitive or sexist statements, and he replied (again), "Not to my knowledge." While perhaps it can be argued that different people have different feelings and standards as to what they consider to be culturally insensitive or sexist, Day's repeated responses of "I don't recall" and "Not to my knowledge" throughout his interview with Wiley are indicative of someone who has a pattern of making comments that could be offensive to others. Someone who has not made such comments could definitively answer "No" when asked about the alleged comments Wiley posed to Day.

### *Allegation of Unprofessional Conduct and Profanity*

Page 9 of 10

CONFIDENTIAL

Based on the student reports, three adult witness reports, and Day's responses, it is more likely than not that Day violated School Board Policy 7560 (Professional Conduct). K▮▮▮▮ and G▮▮▮ reported that Day often uses foul language in front of students and staff members. K▮▮▮ shared that Day told her she "Needed to know when to shut the fuck up." G▮▮▮ stated that Day used foul language and told her that her work was "shitty." Again, Day stated that he "did not recall" using inappropriate language "off the top of [his] my head" and said it is something "I try very hard not to do." Instead of outright denying telling a student to "shut the fuck up," Day stated that he had "no knowledge" of making the statement.

Windows stated that Day's social skills are questionable as Day tries to be humorous but can be perceived as inappropriate. Ford shared that he had witnessed Day's unprofessionalism with female students on several occasions and that he overheard students make comments that Day made them feel uncomfortable. Ford expressed that these incidences were reported to him as a coach, and he overheard this claims in his role as a substitute in Day's class. Nufable stated that he did not feel that Day had been unprofessional, but he felt that some of Day's conversations could quickly turn into something inappropriate or unprofessional.

### *Relatedness of the Prior Investigation*
It is to be noted that Day was the subject of a CPS investigation in which he was accused of unwanted touching, which CPS determined to be unfounded. However, in addition to the unwanted touching allegation, the student alleged that Day made unprofessional comments that were sexist in nature. Day was issued a Memorandum of Expectation regarding the allegation (Attachment E). The memo documented that Day acknowledged touching the student's shoulder and that he "did not recall" any inappropriate comments, but he did joke with students. In the interview, Day raised concern about the 2021 memorandum and stated that he vehemently disagreed with the letter that was placed in his file, as his actions were mischaracterized. Although Day was counseled in June of 2021 regarding the appropriateness of rapport with students and staff and refraining from comments and jokes that could be misconstrued, similar behavior continues to be reported. As a result of the nature of prior documented behavior and the behavior that has been alleged in this report, it is more likely than not that this is a pattern of behavior that illustrates poor judgment by Day with respect to professional and appropriate interactions with students.

### **RECOMMENDATION**
As a result of the investigation findings, HRTD recommends that Day's employment with LCPS be terminated.

LCPS000153
Day 000185

CONFIDENTIAL

INDEPENDENCE

Attachment A

Name K███████ P███████                    Date 3/31/22

Date of Incident ongoing for the past 2 years

**Please write your detailed account of the incident:**

The past 2 years, there has been an ongoing of stuff said to me from coach Day about being a slut/whore. He's said that I am always on my knees, that he going to buy me a gift from toy r us for my baby shower (that would happen in high-school) Said the only reason I'll go to college is to ~~kiss~~ fuck around with all the D1 football athetes. Said that if he was our age we would be all over him and he would reject us. He told one of our friends that she'll have an arrange marriage because she' Indian. Told me that boys will only use me for my money. Said that I should be good at sweeping because it's a housewife job and a place where

Administrator Name: Kelly James

Date Report Taken: 3/31/22

LCPS000154
Day 000186

CONFIDENTIAL

I belong. Having these comments said to me, made me believe and accept it. But these comments shouldn't be said around the school. It's not creating the enviroment that I want to go here.

He said that I need to know when to sit down and shut the fuck up.

Said that the outfits I wear give the impressi of being a slut.

LCPS000155
Day 000187

<span style="color:red">CONFIDENTIAL</span>



Name █████ █████    Date 3/31/22

Date of Incident <u>Continuous Since</u> he came to the school

**Please write your detailed account of the incident:**

He has said multiple innapropriate things when we're alone walking to the field, getting equipment for football, in the hallways, etc. It's been going on since he came to the school two years ago. Some things he's said are that i'll never get a boyfriend because I've been around too much, comments about outfits being Skimpy, said guys only use me for my body, and many more. The comments he makes it makes me feel like he's implying that I'm a whore and that's not the best feeling. I've also heard him say multiple racist/sexist jokes. Although he may be saying these things as jokes they make me feel extremely uncomfortable. Most of the comments that he's made happened when I was alone with him so unfortunately there's no one else to back me up other than █████ but this isn's something I would ever lie about and take it seriously. Over the years I just starked to accept it because I didn't think I had enough proof for anything to be done. One of my bigger concerns is that he may stuff to other girls in his class or potential new managers. He's also told me that I don't have the right to ever feel depressed (continued on back)

Administrator Name: Kelly James

Date Report Taken: 3/31/22

LCPS000156
Day 000188

CONFIDENTIAL

Or suicidal because I've never actually gone through anything but. He's also told me that I only belong in the Kitchen and that's where I should be. He's also made multiple comments about me having sex with the whole football team (when I never did

LCPS000157

Day 000189

CONFIDENTIAL

Attachment B

**Angela Wiley**
_____

| | |
|---|---|
| **From:** | LCPS_CPSreport@lcps.org |
| **Sent:** | Thursday, March 31, 2022 10:13 AM |
| **To:** | LCPS-CPS-REPORT |
| **Cc:** | Jaclyn Smith; John Gabriel; Alix Smith; Ashleigh Stocks; Angela Wiley; Sharon Bean; Allison Sherman; Vicki Gearhart; Justin Martin |
| **Subject:** | CPS Referral  3468  from  Jaclyn Smith |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

## LOUDOUN COUNTY CHILD PROTECTIVE SERVICES (CPS) REFERRAL

Contact information for CPS

8: 30 a.m. – 5:00 p.m. Local CPS Hotline 703-771-5437 Fax 571-258-3259

Local email address: CPS@Loudoun.gov

24 hours a day 7 days a week State Hotline 800-552-7096

Name: Jaclyn Smith          Email Address: Jaclyn.Smith@lcps.org          Telephone Number: 571-367-4207

Is the alleged abuser a school employee? : Yes Department Other

Have you contacted the CPS Hotline ? Yes

If the alleged abuser Is a school employee, have your contacted Personnel? Yes

| Complaint Date 3/22/2022 | | 8:30 am | | | |
|---|---|---|---|---|---|
| Date Suspected Abuse or Neglect Occurred ongoing | | | | | |
| * Child(ren) Name(s) | M/F | DOB | Age | ** Role | School |
| G████L███ | F | ████████ | 17 | V | Independence HS |

*IF KNOWN, PLEASE INCLUDE SIBLING INFORMATION

**INDICATE IF `V` FOR VICTIM Or `SIB` FOR SIBLING Or `W` FOR Witness

| PRIMARY CARETAKER:  Kathleen L████ | | | M | | |
|---|---|---|---|---|---|
| Relation to child: | DOB | (C) Phone: | (H) Phone: | (W) Phone: | |
| Mother | | ████████ | ████████ | | |
| Address ████████ | | | | | |
| ALLEGED ABUSER Brian Day | | | M | | |
| Relation to child: | DOB | (C) Phone: | (H) Phone: | (W) Phone: | |
| PE teacher | | | | 571-367-4207 | |
| Address | | | | | |
| Primary Language: | | | | | |

**Narrative** (Please include the following information: who caused abuse/neglect; what happened; why (grades, behavior, etc.); where did it happen; when did it happen; NOTE: If abuse Then allegations are about physical abuse, we will need To know If the child has any current injury And their description; immediate safety risks In the home

G████ reported to her school counselor and Assistant Principal that Mr. Day has said inappropriate comments to her since he joined our faculty at Independence two years ago. She says he had made the following comments: - her outfits are too skimpy - guys only use her for her body - implies she's a whore - she doesn't have a right to feel depressed or

1

LCPS000158

Day 000190

CONFIDENTIAL

suicidal because she's never been through anything bad - she only belongs in the kitchen - accusations that she has had sex with the whole football team She has indicated that she feels very uncomfortable around him. Our Principal has called LCPS HR, who asked us to report this to CPS and our Sheriff.

NOTICE: STRICT CONFIDENTIALITY RULES APPLY. Do Not distribute this form without permission from Loudoun County Public Schools Office of Student Services.

LCPS000159

Day 000191

CONFIDENTIAL

**Angela Wiley**

| | |
|---|---|
| **From:** | LCPS_CPSreport@lcps.org |
| **Sent:** | Thursday, March 31, 2022 10:23 AM |
| **To:** | LCPS-CPS-REPORT |
| **Cc:** | Jaclyn Smith; John Gabriel; Alix Smith; Ashleigh Stocks; Angela Wiley; Sharon Bean; Allison Sherman; Vicki Gearhart; Justin Martin |
| **Subject:** | CPS Referral  3469  from  Jaclyn Smith |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

## LOUDOUN COUNTY CHILD PROTECTIVE SERVICES (CPS) REFERRAL

Contact information for CPS

8: 30 a.m. – 5:00 p.m. Local CPS Hotline 703-771-5437 Fax 571-258-3259

Local email address: CPS@Loudoun.gov

24 hours a day 7 days a week State Hotline 800-552-7096

Name: Jaclyn Smith          Email Address: Jaclyn.Smith@lcps.org          Telephone Number: 571-367-4207

Is the alleged abuser a school employee? : Yes Department Other

Have you contacted the CPS Hotline ? Yes

If the alleged abuser Is a school employee, have your contacted Personnel? Yes

| Complaint Date 3/22/2022 | | | 8:30 am | | | |
|---|---|---|---|---|---|---|
| Date Suspected Abuse or Neglect Occurred ongoing | | | | | | |
| * Child(ren) Name(s) | M/F | DOB | Age | ** Role | School | |
| K███ R███ | F | ████████ | 17 | V | Independence HS | |

*IF KNOWN, PLEASE INCLUDE SIBLING INFORMATION

**INDICATE IF `V` FOR VICTIM Or `SIB` FOR SIBLING Or `W` FOR Witness

| PRIMARY CARETAKER:  Juliann R███ | | | M | | | |
|---|---|---|---|---|---|---|
| Relation to child: | DOB | (C) Phone: | (H) Phone: | (W) Phone: | | |
| Mother | | ████████ | ████████ | | | |
| Address ████████ | | | | | | |
| ALLEGED ABUSER Brian Day | | | M | | | |
| Relation to child: | DOB | (C) Phone: | (H) Phone: | (W) Phone: | | |
| PE Teacher | | | | 571-367-4207 | | |
| Address | | | | | | |
| Primary Language: | | | | | | |

**Narrative** (Please include the following information: who caused abuse/neglect; what happened; why (grades, behavior, etc.); where did it happen; when did it happen; NOTE: If abuse Then allegations are about physical abuse, we will need To know If the child has any current injury And their description; immediate safety risks In the home

K███ reported to a school counselor and an Assistant Principal that over the past two years Mr. Day has repeatedly called her a slut and whore. In addition, K███ reported that Mr. Day has made the following comments to her: - "I'm always on my knees" - That he's going to buy her a gift from Toys R Us for her baby shower, implying she will get pregnant in high

1

LCPS000160

Day 000192

CONFIDENTIAL

school. - the only reason she would go to college is to "fuck around with all the D1 football athletes" - if he was our age, she would be all over him and he would reject her - that one of her friends who is Indian that she would have an arranged marriage - that boys will only use her for her money - that I should be good at sweeping because it's a housewife job and a place she belongs - that she needs to know when to sit down and "shut the fuck up" - that the outfits she wears give the impression of being a slut She has shared that it is creating an environment at school that she does not want to go here. Our Principal called LCPS HR and they directed us to call CPS and inform our Sheriff.

NOTICE: STRICT CONFIDENTIALITY RULES APPLY. Do Not distribute this form without permission from Loudoun County Public Schools Office of Student Services.

LCPS000161

Day 000193

CONFIDENTIAL

Attachment C

| | |
|---|---|
| **From:** | Martin, Devina |
| **To:** | LCPS-HRTD-CPS RESPONSE |
| **Subject:** | Valid Referral |
| **Date:** | Thursday, March 31, 2022 11:50:41 AM |

The Dept. received a valid CPS referral on 3/31/22; the alleged abuser is listed as Brian Day  (teacher/ coach-Independence HS).

Thanks,

Devina Martin, MA
Protective Services Hotline Supervisor
Loudoun County Department of Family Services
102 Heritage Way, N.E., Suite #103
P.O. Box 7400
Leesburg, VA  20177-7400
Phone: (703) 771-5833

***CONFIDENTIALITY NOTICE:*** *This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise be protected by law. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message*.

LCPS000162
Day 000194

CONFIDENTIAL

Attachment D

**From:** Martin, Devina
**To:** Angela Wiley
**Subject:** Re: Valid Referral
**Date:** Thursday, July 14, 2022 11:53:20 AM

Hi Angela,

I have not been ignoring you, I wanted to make sure to have an answer for you before I responded. The case is still pending (open) and is expected to be reassigned to Erick Green, per an internal conversation that occurred on yesterday.

I hope this helps.

Thanks,

Devina Martin, MA
Protective Services Hotline Supervisor
Loudoun County Department of Family Services
102 Heritage Way, N.E., Suite #103
P.O. Box 7400
Leesburg, VA  20177-7400
Phone: (703) 771-5833

***CONFIDENTIALITY NOTICE:*** *This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise be protected by law. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message*.

---

**From:** Angela Wiley <Angela.Wiley@lcps.org>
**Sent:** Monday, July 11, 2022 5:00 PM
**To:** Martin, Devina <Devina.Martin@loudoun.gov>
**Subject:** [EXTERNAL] RE: Valid Referral

Good Afternoon,
I am awaiting a disposition for a case that I had with Brenda DeHaas. Her email is bumping back to me. I would just like a status update on the case. The employee is listed below.
Thanks,

*Angel Wiley*
*Coordinator, Equity and Compliance*

LCPS000163
Day 000195

CONFIDENTIAL

*Department of Human Resources and Talent Development*
*Loudoun County Public Schools*
*21000 Education Court*
*Ashburn, Virginia 20148*
*Voice: 571.252.1341*
*Fax: 571.252.1616*

**CONFIDENTIALITY / PRIVACY NOTICE** – This email and attachments may contain confidential and/or legally protected information. If you are not the intended recipient, or the person responsible for providing the information to the intended recipient, you are notified that any disclosure, copying, distribution of this information, and any other use of or reliance upon it, are strictly prohibited. If you have received this email or attachments in error, please notify the sender immediately. All correspondence with Loudoun County Public Schools, including email, may be subject to disclosure in accordance with the Virginia Freedom of Information Act.

**From:** Alix Smith <Alix.Smith@lcps.org>
**Sent:** Thursday, March 31, 2022 3:11 PM
**To:** LCPS-HRTD-CPS RESPONSE <CPSResponse@lcps.org>
**Cc:** Lisa Gray <Lisa.Gray@lcps.org>
**Subject:** RE: Valid Referral

Thanks!

**CONFIDENTIALITY / PRIVACY NOTICE** – This email and attachments may contain confidential and/or legally protected information. If you are not the intended recipient, or the person responsible for providing the information to the intended recipient, you are notified that any disclosure, copying, distribution of this information, and any other use of or reliance upon it, are strictly prohibited. If you have received this email or attachments in error, please notify the sender immediately. All correspondence with Loudoun County Public Schools, including email, may be subject to disclosure in accordance with the Virginia Freedom of Information Act.

**From:** LCPS-HRTD-CPS RESPONSE <CPSResponse@lcps.org>
**Sent:** Thursday, March 31, 2022 3:09 PM
**To:** Alix Smith <Alix.Smith@lcps.org>
**Cc:** Lisa Gray <Lisa.Gray@lcps.org>
**Subject:** FW: Valid Referral

Just making sure you saw this.

**From:** Martin, Devina <Devina.Martin@loudoun.gov>

LCPS000164
Day 000196

CONFIDENTIAL

**Sent:** Thursday, March 31, 2022 11:51 AM
**To:** LCPS-HRTD-CPS RESPONSE <CPSResponse@lcps.org>
**Subject:** Valid Referral

The Dept. received a valid CPS referral on 3/31/22; the alleged abuser is listed as Brian Day  (teacher/ coach-Independence HS).


Thanks,

Devina Martin, MA
Protective Services Hotline Supervisor
Loudoun County Department of Family Services
102 Heritage Way, N.E., Suite #103
P.O. Box 7400
Leesburg, VA  20177-7400
Phone: (703) 771-5833

*CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise be protected by law. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message*.

LCPS000105

CONFIDENTIAL

Attachment E



# Independence High School
### 23115 Learning Circle
### Ashburn, Virginia  20148
### 571-367-4200

TO:        Brian Day, Health and Physical Education Teacher

FROM:    John G. Gabriel, Principal

DATE:     June 2, 2021

RE:        Memo of expectation

The purpose of this memo is to follow-up with you regarding the meeting we had on Friday, May 28. At that time, we discussed a student concern of which we were made aware. Specifically, she expressed that you touched her shoulder which made her feel uncomfortable. In addition, she shared that there have been inappropriate jokes or comments that have been made which could be construed as sexist in nature. You expressed that you might have tapped her on the shoulder and that you did not recall any inappropriate comments but that you do joke with the students.

Please be advised how comments might be perceived and in turn how they can compromise your ability to build rapport with students; they are offensive to students and colleagues and have no place in the classroom or workplace. As a Loudoun County Public Schools teacher, you are a role model for students as stated in Policy 7560.  As such, you are directed to immediately refrain from making any comments which could be perceived this way and are also instructed not to touch students.

Failure to abide by this directive could result in additional disciplinary action including or up to a recommendation for termination of employment.

I acknowledge that I received this document on ___JUNE 2, 2021___

Signature ___B B. D___

*A signature only acknowledges receipt of this document.

xc:    Kristi Hurd, Human Resources Supervisor for Secondary Education
        Personnel file

LCPS000166
Day 000198

CONFIDENTIAL

**Jennifer Traina**

| | |
|---|---|
| **From:** | Brian Day |
| **Sent:** | Thursday, June 3, 2021 8:46 PM |
| **To:** | Jennifer Traina |
| **Subject:** | Memo |

I do not agree with the characterization and language used in the memo written by Mrs. Traina that is being sent to LCPS HR.

Mrs. Traina made it clear to me that signing the memo was only an acknowledgment of receiving the memo from her.

Sincerely,

Brian B. Day
Independence HS
Asst. Football Coach
HPE 9 Teacher
Stone Bridge HS
Asst. Baseball Coach
Certified Functional Strength Coach
@CoachBDay-Twitter
(703) 973-1132-Cell

1

LCPS000167

Day 000199