

# Loudoun County Public Schools

**Department of Human Resources and Talent Development**
21000 Education Court
Ashburn, VA 20148
Telephone: 571-252-1100 (Toll Free): 888-204-1622

March 31, 2022

**HAND DELIVERED**

Mr. Brian Day
42596 Hollyhock Terrace
Ashburn, VA 20148

Dear Mr. Day:

This is to confirm that you are on administrative leave with pay effective March 31, 2022, pending an investigation of allegations that you engaged in unprofessional conduct.

In order to best serve your interests and those of the students of Loudoun County Public Schools, please refrain from coming on school grounds in a work capacity -unless otherwise requested by my office- until this matter is concluded. However, you may visit the Department of Human Resources and Talent Development by scheduling an appointment in advance. You retain all rights to come on school grounds for matters concerning your children and for any other public events held on board property. During the course of this administrative leave, you are to be available to meet in person or by phone with officials of Loudoun County Public Schools during business hours.

This leave is mutually agreed upon. If you have any questions with regard to this action, please contact me.

Sincerely,

Lisa Boland
Chief Human Resources Officer

cc:    Mr. John Gabriel, Principal, Independence HS
Personnel File

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Read carefully before signing:**

I agree to be on administrative leave with pay effective March 31, 2022, pending an investigation. I confirm receipt of this correspondence from a representative of the Department of Human Resources and Talent Development.

_____          Date: 3/31/2022
Mr. Brian Day                                              March 31, 2022

LCPS 001044