**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

|                              |     |                          |
|------------------------------|-----|--------------------------|
| BRIAN B. DAY,                | )   |                          |
|                              | )   |                          |
|    Plaintiff, | )   |                          |
|                              | )   |                          |
| v.                           | )   | Case No. 1:24-cv-2077    |
|                              | )   | (PTG/WEF)                |
|                              | )   |                          |
| LOUDOUN COUNTY PUBLIC        | )   |                          |
| SCHOOL BOARD, et al.         | )   |                          |
|                              | )   |                          |
|    Defendants.| )   |                          |

**DECLARATION OF KRISTI L. JOHNSON, ESQ.**

I, Kristi L. Johnson, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I am a resident of Virginia, and I am over the age of 18.

2.    I am employed as an Associate Counsel for Loudoun County Public Schools.

3.    I represented Loudoun County Public Schools concerning matters relating to the recommendation for Plaintiff Brian B. Day's ("Mr. Day") dismissal.

4.    On March 17, 2023, I provided counsel for Mr. Day a copy of the investigation report concerning Mr. Day's conduct. Defendant Exhibit 1 to the School Board's Memorandum in Opposition to Plaintiff's Motion for Summary Judgment and in Support of the School Board's Motion for Summary Judgment is a true and accurate copy of my letter to Mr. Day's counsel, enclosing an unredacted copy of the investigative report concerning Mr. Day's conduct, which I sent to Mr. Day, by his counsel, on March 17, 2023. I also provided Mr. Day's counsel a copy of Mr. Day's personnel file in advance of the hearing at Mr. Day's request. The unredacted investigative report that I provided to Mr. Day in March of 2023 disclosed the names of the students who had made allegations against Mr. Day and included the students' written statements as to the specific allegations that they made against him. Those student names were redacted

from Defendant Exhibit 1 only this week in order to protect the identity of those students when filing this exhibit with the Court on a public docket.

5.      After Mr. Day requested a hearing, I represented Loudoun County Public Schools at the school grievance hearing for Mr. Day, which took place on October 19, 2023. Mr. Day also was represented by counsel at the school grievance hearing.

6.      Docket entry 44-1 in this case is a true and accurate copy of a transcript of the October 19, 2023 dismissal hearing, though it now contains redactions made by Mr. Day's counsel. During the school grievance hearing, the names of students were used.

7.      During the school grievance hearing, Mr. Day's counsel cross-examined all of the witnesses that I called to testify against Mr. Day.

8.      Mr. Day did not testify at the hearing, but I did not object to the Hearing Officer considering Mr. Day's counsel's proffer of Mr. Day's testimony.

9.      Defendant Exhibit 2 to the School Board's Memorandum in Opposition to Plaintiff's Motion for Summary Judgment and in Support of the School Board's Motion for Summary Judgment is a true and accurate copy of the Hearing Officer's Findings of Fact, Conclusions of Law, and Recommendation, except that the student names have been redacted this week in order to file it on the public docket.

10.      Defendant Exhibit 3 to the School Board's Memorandum in Opposition to Plaintiff's Motion for Summary Judgment and in Support of the School Board's Motion for Summary Judgment contains true and accurate copies of exhibits admitted at the school grievance hearing by Loudoun County Public Schools and Mr. Day, except that the student names have been redacted this week in order to file it on the public docket.

11.      Defendant Exhibit 4 to the School Board's Memorandum in Opposition to Plaintiff's Motion for Summary Judgment and in Support of the School Board's Motion for

summary judgment is a true and accurate copy of a March 31, 2022 letter concerning Mr. Day's administrative leave.

12.    Defendant Exhibit 5 to the School Board's Memorandum in Opposition to Plaintiff's Motion for Summary Judgment and in Support of the School Board's Motion for Summary Judgment contains the proposed findings of fact submitted by Loudoun County Public Schools and by Mr. Day to the Hearing Officer in connection with the school grievance hearing, except that the student names have been redacted this week in order to file this exhibit on the public docket.

13.    Defendant Exhibit 6 to the School Board's Memorandum in Opposition to Plaintiff's Motion for Summary Judgment and in Support of the School Board's Motion for Summary Judgment is a true and accurate copy of December 6, 2023 correspondence from Ian Serotkin regarding the School Board's vote to terminate Mr. Day's employment and a copy of the School Board's Agenda Item Details for Subject Matter 13.04 from the November 28, 2023 School Board meeting.

14.    Defendant Exhibit 7 to the School Board's Memorandum in Opposition to Plaintiff's Motion for Summary Judgment and in Support of the School Board's Motion for Summary Judgment is a true and accurate copy of the School Board's written decision dated December 6, 2023, to confirm the termination of Mr. Day's employment.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on: April 16, 2026.

_____
Kristi L. Johnson, Esq.

3