# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

BRIAN B. DAY,                                    )
                                                 )
       *Plaintiff,*                                )
                                                 )
v.                                               )    Case No. 1:24-cv-2077 (PTG/WEF)
                                                 )
LOUDOUN COUNTY PUBLIC                            )
SCHOOL BOARD, *et al.,*                          )
                                                 )
       *Defendants.*                              )
                                                 )
                                                 )

## ORDER

This matter comes before the Court on the parties' cross-motions for summary judgment. Dkts. 43, 45. Plaintiff Brian Day filed suit against Defendant Loudoun County Public School Board and others after being terminated from his position as a teacher and football coach.[1] Plaintiff claimed his termination violated procedural due process and constituted a breach of his continuing contract of employment. Dkt. 27. The motions were fully briefed. Dkts. 44, 46, 47, 48. On May 21, 2026, the Court heard arguments on the motions. Given the proximity of the upcoming trial, the Court issues its ruling today and intends to issue a more fulsome opinion in the future.

Having considered the motions, record before the Court, and the parties' oral arguments, the Court finds that there is no genuine dispute of material fact. The Court finds that Plaintiff received adequate due process in that he received notice of the allegations against him and the opportunity to be heard. Furthermore, Plaintiff did not have a right to confront the student

---

[1] The Court previously dismissed the claims against the individual defendants. *See* Dkt. 26.

accusers, who were minors at the time, during the administrative hearing. Accordingly, there is no Confrontation Clause violation. Finally, Defendant is not liable for breach of contract as Plaintiff was terminated after being investigated for and found to have made inappropriate comments to students in violation of School Board policies. Thus, Defendant is entitled to judgment as a matter of law. Accordingly, it is hereby

ORDERED that Defendant's Motion for Summary Judgment (Dkt. 45) is **GRANTED**; it is further

ORDERED that Plaintiff's Motion for Summary Judgment (Dkt. 43) is **DENIED**; and it is further

ORDERED that the trial set to begin on June 9, 2026, is **TERMINATED**.

The Clerk is **DIRECTED** to enter judgment in Defendant's favor pursuant to Federal Rule of Civil Procedure 58 and to close this civil action.

Entered this _1st_ day of June, 2026.
Alexandria, Virginia

Patricia Tolliver Giles
United States District Judge