**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | |
|---|---|
| Brian B. Day,                 ) | |
|                    ) | |
|    Plaintiff,           ) | |
|                    ) | |
| v.                        ) | Civil Action No. 1:24-cv-02077-PTG-WEF |
|                    ) | |
| Loudoun County Public School Board, et al.,   ) | |
|                    ) | |
|    Defendants.        ) | |

**JUDGMENT**

Pursuant to the order of this Court entered on June 1, 2026 and in accordance with

Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Defendant,

Loudoun County Public School Board and against the Plaintiff, Brian B. Day.

LAURA GRIFFIN, CLERK OF COURT

By:_____/s/_____
               Paulina A. Miller
               Deputy Clerk

Dated: June 1, 2026
Alexandria, Virginia